UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HAKEEM CURRY                                                                PETITIONER

V.                                    CIVIL ACTION NO. 3:24-CV-337-KHJ-MTP

WARDEN D. COLBERT                                                          RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 22nd day of April, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE